**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **EMMA SETTLE,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Case No. 2:25-cv-01231** |
| | : | **Magistrate Judge S. Courter M. Shimeall** |
| **TRINITY HEALTH SYSTEM,** | : | |
| **Defendant.** | : | |

## ORDER

This matter is before the Court on the parties' "Joint Motion to Stay Pending Mediation," wherein the parties request a stay of the case deadlines pending the outcome of their mediation on November 5, 2026. (ECF No. 38.) For good cause shown, the Motion (ECF No. 38) is **GRANTED**. The case deadlines in the Preliminary Pretrial Order (ECF No. 14) are hereby **STAYED**. The parties shall submit a joint status report on or before November 19, 2026, which shall include a proposed case schedule if the case is not resolved during the mediation on November 5, 2026.

**IT IS SO ORDERED.**

*/s/ S. Courter M. Shimeall*
**S. COURTER M. SHIMEALL**
**UNITED STATES MAGISTRATE JUDGE**